IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE, | 1:10-cv-00945-AWI-GBC (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT LOPEZ'S FIRST MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND TIME TO FILE AN UNENUMERATED RULE 12(b) MOTION |
| v. | |
| CANO, et al., | |
| Defendants. | (ECF No. 60) |
| _____/ | MOTION DUE BY NOVEMBER 7, 2011 |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the scheduling order issued August 31, 2011, the deadline for Defendant Lopez to file an unenumerated Rule 12(b) motion was October 31, 2011. On October 28, 2011, Defendant Lopez filed a motion to modify the scheduling order to extend the deadline to November 7, 2011. Good cause having been presented to the Court, IT IS HEREBY ORDERED that the unenumerated Rule 12(b) motion deadline is extended to November 7, 2011. FED. R. CIV. P. 16(b)(4).

IT IS SO ORDERED.

Dated:   November 7, 2011

UNITED STATES MAGISTRATE JUDGE