# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE, | CASE NO. 1:10-cv-00945-AWI-GBC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR INJUNCTION |
| v. | |
| CANO, et al., | Docs. 37 & 47 |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2011, Plaintiff filed a Motion for Injunction. On September 2, 2011, the Magistrate Judge issued Findings and Recommendations recommending denying Plaintiff's Motion for Injunctive Relief. Plaintiff has not submitted any objections to the Findings and Recommendations of the Magistrate Judge.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

//

//

---

[1] On October 17, 2011, Plaintiff submitted a second Motion for Injunctive Relief, which remains pending in this Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court adopts the Findings and Recommendations, filed September 2, 2011, in full; and

2. Plaintiff's Motion for Injunction, filed August 25, 2011, is DENIED.

IT IS SO ORDERED.

Dated:   February 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE