# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE,<br><br>Plaintiff,<br><br>v.<br><br>CANO, et al.,<br><br>Defendants.<br>_____ / | CASE NO. 1:10-cv-00945-AWI-GBC (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS<br><br>Doc. 72<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR STATUS OF PENDING MOTIONS<br><br>Doc. 74<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR DISCOVERY, WITHOUT PREJUDICE<br><br>Docs. 63, 64, 65, 66, 73<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR HEARING TO REVIEW PENDING MOTIONS<br><br>Doc. 80 |

On May 26, 2010, Plaintiff Arthur T. Bussiere ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Doc. 1. On November 7, 2011, Defendant Lopez filed a motion to dismiss for failure to exhaust administrative remedies. Doc. 62. On February 2, 2012, Defendant Lopez filed a motion to stay discovery pending resolution of the motion to dismiss. Doc. 72. On February 9, 2012, Plaintiff filed a motion for status

of pending motions. Doc. 74.[1] On March 1, 2012, Plaintiff filed a motion for a hearing to review pending motions. Doc. 80. On March 5, 2012, the undersigned issued findings and recommendations, recommending to grant Defendant's motion to dismiss, for failure to exhaust administrative remedies. Doc. 81.

Given that resolution of Defendant's motion to dismiss may conclude this action and render any need for discovery unnecessary, Defendant's motion to stay discovery is GRANTED. Discovery is HEREBY ORDERED STAYED, pending the District Judge's ruling on the findings and recommendations.[2] Therefore, Plaintiff's pending discovery motions are DENIED, without prejudice.[3] Furthermore, a hearing is not necessary to review Plaintiff's pending motions, pursuant to Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Defendant's motion to stay discovery is GRANTED;
2. Plaintiff's pending discovery motions are DENIED, without prejudice;
3. Discovery is STAYED pending this Court's ruling on the motion to dismiss; and
4. Plaintiff's motion for hearing to review pending motions is DENIED.

IT IS SO ORDERED.

Dated:   March 7, 2012

UNITED STATES MAGISTRATE JUDGE

---

[1] This order serves as a status of Plaintiff's pending motions.

[2] Should the District Judge decline to adopt the findings and recommendations, the Court will lift this order staying discovery and reinstate the scheduling order or issue an amended scheduling order.

[3] Plaintiff's motions for injunctive relief and motion to amend his complaint remain pending on the Court's docket. Docs. 58, 71, 75.