# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR T. BUSSIERE, | CASE NO. 1:10-cv-00945-AWI-GBC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTIONS FOR PRELIMINARY INJUNCTION |
| v. | |
| CANO, et al., | Docs. 58, 71, 86 |
| Defendants. | |

On May 26, 2010, Plaintiff Arthur T. Bussiere ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 17, 2011 and January 26, 2012, Plaintiff filed motions for preliminary injunction against prison officials at Corcoran State Prison for retaliation by prison officials who are not parties to this action. Docs. 58, 71. On April 17, 2012, the Magistrate Judge issued Findings and Recommendations recommending denying Plaintiff's Motions for Injunctive Relief. On May 11, 2012, Plaintiff filed Objections. Doc. 87.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 17, 2012, are ADOPTED, in full; and

2. Plaintiff's motions for preliminary injunction, filed October 17, 2011 and January 26, 2012, are DENIED.

IT IS SO ORDERED.

Dated:   August 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE